FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0019

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SACRAMENTO JUAN DOMINGUEZ, J.R.,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 3, 2024, within which to prepare, file, and serve its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 27 2024